IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KARITA GREENE and MAE HELEN MCCRIMMON | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:09-CV-03049 |
| WELLS FARGO BANK, N.A., MANN & STEVENS, P.C., ROBERT L. HORN, B-SURE FINANCIAL MORTGAGE LLC, NOVASTAR MORTGAGE, INC., MILA, INC., WEEKLEY HOMES LP, WILSHIRE HOMES LTD., AEGIS FUNDING CORP., THE CIT GROUP, COUNTRYWIDE HOME LOANS, INC., NAS/WILLIE R. NELSON, BARCLAYS CAPITAL REAL ESTATE INC. d/b/a HOME EQ SERVICING CORP., EMC MORTGAGE CORP Defendants. | § § § § § § § § § § § § § § § | |

### DEFENDANT EMC MORTGAGE CORPORATION'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EMC Mortgage Corporation ("EMC") submits the following Corporate Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation, and any publicly held corporation that owns 10% or more of its stock, or states that there is no such corporation.

1. Plaintiff: Mae Helen McCrimmon.

2. Defendant: Wells Fargo Bank, N.A.

3. Defendant: Mann & Stevens, P.C.

4. Defendant: Robert L. Horn.

5. Defendant: B-Sure Financial Mortgage LLC.

6. Defendant: Novastar Mortgage, Inc.

7. Defendant: MILA, Inc.

8. Defendant: Weekley Homes, L.P.

9. Defendant: Weekley Homes GP, LLC – General Partner of Defendant Weekley Homes.

10. Defendant: Wilshire Homes, Ltd.

11. Defendant: Aegis Funding Corp.

12. Defendant: The CIT Group, possibly erroneously named defendant.

13. Defendant: The CIT Group/Consumer Finance, Inc., non-named defendant.

14. Defendant: Countrywide Home Loans, Inc., possibly erroneously named defendant.

15. Defendant: NAS/Willie R. Nelson.

16. Defendant: Barclays Capital Real Estate Inc. d/b/a Home EQ Servicing Corp.

17. Defendant: BAC Home Loans Servicing, LP, non-named defendant.

18. Defendant: Vericrest Financial, Inc., as successor in interest to The CIT Group/Consumer Finance, Inc., non-named defendant.

19. Defendant EMC: EMC is a wholly owned subsidiary of The Bear Stearns Companies LLC, which is 100% owned by JP Morgan Chase & Co., a publicly traded company (trading symbol: JPM).

20. Counsel for Defendant EMC: Wm. Lance Lewis and Melanie A. Spriggs; QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.

21. Counsel for Defendant Novastar Mortgage, Inc.: Tom Van Arsdel and Andrew B. McGill; WINSTEAD PC.

22. Counsel for Defendants BAC Home Loans Servicing, LP and Vericrest Financial, Inc.:  Robert T. Mowrey and Jennifer A. Brissette; LOCKE, LORD, BISSELL & LIDDELL, LLP.

23. Counsel for Defendants Weekley Homes, L.P. and Weekley Homes GP, LLC:  Chris C. Pappas and David R. Thrasher; KANE RUSSELL COLEMAN & LOGAN, PC.

24. Counsel for Defendants Wells Fargo Bank, NA, Mann & Stevens, PC, Robert L. Horn, and Barclays Capital Real Estate Inc. d/b/a Home EQ Servicing Corp.:  Robert L. Horn; MANN & STEVENS, PC.

25. Counsel for Plaintiff Mae Helen McCrimmon:  Delphine James.

Respectfully submitted,

 */s/ Melanie A. Spriggs*
WM. LANCE LEWIS, Attorney-in-Charge
 Texas Bar No. 12314560
MELANIE A. SPRIGGS, Of Counsel
 Texas Bar No. 24056889
**QUILLING, SELANDER, CUMMISKEY
  & LOWNDS, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100
(214) 871-2111 (Fax)
llewis@qsclpc.com
mspriggs@qsclpc.com

**ATTORNEYS FOR DEFENDANT
EMC MORTGAGE CORPORATION**

## CERTIFICATE OF SERVICE

      This is to certify that on this 16th day of July, 2010, a true and correct copy of the above and foregoing instrument is being served on all counsel of record via ECF in accordance with the Federal Rules of Civil Procedure.

                                          */s/ Melanie A. Spriggs*
                                       Wm. Lance Lewis / Melanie A. Spriggs